UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 87cr0670L |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL OF INDICTMENT AND WITHDRAWAL OF WARRANTS |
| EDUARDO MEJIA-CHICA (1), ERNESTO OLACHEA (12), JAMES RIVERA (16), | ) | |
| Defendants. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendants EDUARDO MEJIA-CHICA, ERNESTO OLACHEA and JAMES RIVERA is dismissed.

IT IS FURTHER ORDERED that any warrants issued in this case be recalled.

DATED: July 23, 2007

_____
M. James Lorenz
United States District Court Judge